IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOHAMMAD TLILI and DINA IRACE : CIVIL ACTION
Individually and h/w :
:
v. :
:
MERCURY INSURANCE COMPANY OF :
FLORIDA, et al. : NO. 10-1747

ORDER

AND NOW, this 16 day of June 2010, upon consideration of the defendants' Motion to Dismiss, to Strike, and for a More Definite Statement, to which no response has been filed, IT IS ORDERED:

1. That the Motion to Dismiss Counts II and III is GRANTED, and those counts are DISMISSED;

2. That the Motion to Strike is GRANTED, and paragraphs 35 and 36 of the Complaint are STRICKEN;

3. That the Motion for a More Definite Statement is GRANTED, and within 30 days of the date of this Order, the plaintiffs shall file an amended complaint that specifically identifies each alleged express and implied contract and the specific provisions that the plaintiffs allege the defendants breached. The plaintiffs also shall attach a copy of all written contracts as exhibits to the amended complaint, including the contract referred to in the Complaint as "Exhibit A."

BY THE COURT:

John P. Fullam, Sr. J.